# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Phoenix Commodities Group, LLC                    CASE NO.: 15–10927–mkv

Social Security/Taxpayer ID/Employer ID/Other Nos.:      CHAPTER:  7
26–4654148

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Ian J. Gazes is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 11, 2019

Mary Kay Vyskocil , Bankruptcy Judge