# Notice Recipients

District/Off: 0208−1     User:     Date Created: 2/11/2019
Case: 15−10927−mkv     Form ID: 149     Total: 6

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion02.NYECF@USDOJ.GOV
tr     Ian J. Gazes     office@GazesLLC.com
aty     Dennis J. Drebsky     ddrebsky@nixonpeabody.com
aty     Derrelle M. Janey     djaney@gottliebjaney.com
aty     Ian J. Gazes     office@GazesLLC.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Phoenix Commodities Group, LLC     P.O. Box 7146     New York, NY 10116

TOTAL: 1